Bishop v. McKay.—Syllabus.

*William H. Jewell,* for Plaintiff in Error.

*Beggs & Palmer,* for Defendants in Error.

---

JOHN A. BISHOP AND E. S. BISHOP, APPELLANTS, VS. WILLIAM E. McKAY AND SALLIE M. McKAY, APPELLEES.

Appellate practice—Appeal dismissed for want of indispensable parties.

Where it appears to an appellate court that it has not acquired jurisdiction over the person of an indispensably necessary party appellee by any proper service of citation in a case appealed prior to the enactment of Chap. 4528, laws of 1897 or otherwise, or by the voluntary appearance of such party, the appeal in such case will be dismissed.

Appeal from the Circuit Court for Marion County.

*Shackleford & Pettingill,* and *J. H. Burchell,* for Appellants.

No appearance for Appellees.

PER CURIAM.

This cause coming on for final adjudication in its regular order on the docket, after due investigation the court finds that Sallie M. McKay is an indispensable party appellee in said cause, and that this court has not acquired personal jurisdiction over her by the proper service of any citation or otherwise, and that she has in no way appeared in this court, it is, therefore, hereby ordered that the appeal in said cause be and the same is hereby dismissed at the cost of the appellants.